No. 83–5248. WHEELING v. COMMISSIONER OF INTERNAL REVENUE SERVICE. C. A. 6th Cir. Certiorari denied.

No. 83–5250. WHITEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5254. WRIGHT v. NEW YORK LIFE INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 83–5255. PETTEE v. PURVIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–5256. LAGNAS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 83–5257. WARNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–5258. McCORD v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 83–5261. HOBSON v. U. S. PAROLE COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–5263. DRINKWINE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–5264. SANTIAGO-GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5269. OSTRER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–5270. WARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5272. THERIAULT v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–5276. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–5297. HOLDEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.